UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHELLE KURASZEWICZ,

          Plaintiff,

  -against-

GC SERVICES, LP,

          Defendant.

Case No. 5:13-CV-0008 (MAD/ATB)

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, Michelle Kuraszewicz ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: April 3, 2013        RESPECTFULLY SUBMITTED,

                                By: /s/ Adam T. Hill

                                Adam T. Hill
                                Krohn & Moss, Ltd.
                                10 N. Dearborn St., 3rd Floor
                                Chicago, IL 60602
                                Tel: (312) 576-9428 Ext. 242
                                Fax: (866) 431-5576
                                E-Mail: ahill@consumerlawcenter.com
                                Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I, Adam T. Hill, hereby certify that on April 3, 2013, the foregoing document was filed with the Clerk of Court via the following Court's CM/ECF filing system, and that a true and correct copy was electronically served on all parties.

By: /s/ Adam T. Hill

Adam T. Hill
Krohn & Moss, Ltd.
10 N. Dearborn St., 3rd Floor
Chicago, IL 60602
Tel: (312) 576-9428 Ext. 242
Fax:  (866) 431-5576
E-Mail:  ahill@consumerlawcenter.com
Attorneys for Plaintiff