UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE KURASZEWICZ,<br><br>    Plaintiff,<br><br>    -against-<br><br>GC SERVICES, LP,<br><br>    Defendant. | Case No. 5:13-CV-0008 (MAD/ATB) |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff, MICHELLE KURASZEWICZ, and Defendant, GC SERVICES, LP through their respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

DATED:  May 28, 2013                           RESPECTFULLY SUBMITTED,

                                               KROHN & MOSS, LTD.

                                    By: /s/ Adam T. Hill

                                        Adam T. Hill
                                        Krohn & Moss, Ltd.
                                        10 N. Dearborn St., 3rd Floor
                                        Chicago, IL 60602
                                        Tel: (312) 576-9428 Ext. 242
                                        Fax:  (866) 431-5576
                                        E-Mail:  ahill@consumerlawcenter.com
                                        Attorneys for Plaintiff

1

2

DATED:  May 28, 2013 RESPECTFULLY SUBMITTED,

HINSHAW & CULBERTSON, LLC


By: /s/  Concepcion A. Montoya

Concepcion A. Montoya
780 Third Avenue 4th Floor,
New York, NY, 10017
Tel: 212-471-6200
Fax: 212-935-1166
E-mail: cmontoya@hinshawlaw.com

## **PROOF OF SERVICE**

I, Adam Hill, state the following:

I am employed in Chicago, Illinois.  I am over the age of 18 and not a party to the within action.  My business address is 10 N. Dearborn St, 3rd Floor, Chicago IL. On May 28, 2013 I served the following documents:

**Stipulation of Dismissal**

On the parties listed below:

| | |
|---|---|
| Concepcion A. Montoya | GC SERVICES, LP |
| 780 Third Avenue 4th Floor, | |
| New York, NY, 10017 | |

[X]   **BY MAIL** (Fed. R. Civ. P. 5 (b) (2) (B):
  I deposited such envelope in the mail at Chicago, Illinois.  The envelope was mailed with postage thereon fully prepaid.

[ ]   **BY ELECTRONIC MAIL:**
  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Chicago, Illinois in the ordinary course of business.
I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY FACSIMILE**: The facsimile machine used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2008(e)(4), caused the machine to print a record of the transmission.

[ X ]   **STATE**: I declare under penalty of perjury under the laws of the State of Illinois that the above is true and correct.

Executed on May 28, 2013, at Chicago, Illinois.

By:   _/s/ Adam Hill_____
       Adam Hill