UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE KURASZEWICZ,<br><br>                Plaintiff,<br><br>-against-<br><br>GC SERVICES, LP,<br><br>                Defendant. | Case No. 5:13-CV-0008 (MAD/ATB) |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff, MICHELLE KURASZEWICZ, and Defendant, GC SERVICES, LP through their respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

DATED:  May 28, 2013                RESPECTFULLY SUBMITTED,

                                          KROHN & MOSS, LTD.

                                          By: /s/ Adam T. Hill

                                          Adam T. Hill
                                          Krohn & Moss, Ltd.
                                          10 N. Dearborn St., 3rd Floor
                                          Chicago, IL 60602
                                          Tel: (312) 576-9428 Ext. 242
                                          Fax:  (866) 431-5576
                                          E-Mail:  ahill@consumerlawcenter.com
                                          Attorneys for Plaintiff

2

DATED:  May 28, 2013                           RESPECTFULLY SUBMITTED,

                                               HINSHAW & CULBERTSON, LLC


                                               By: /s/  Concepcion A. Montoya

                                               Concepcion A. Montoya
                                               780 Third Avenue 4th Floor,
                                               New York, NY, 10017
                                               Tel: 212-471-6200
                                               Fax: 212-935-1166
                                               E-mail: cmontoya@hinshawlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHELLE KURASZEWICZ,

        Plaintiff,

-against-

GC SERVICES, LP,

        Defendant.

Case No. 5:13-CV-0008 (MAD/ATB)

## [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

DATED: May 30, 2013

_____
Mae A. D'Agostino
Honorable Judge
United States District Judge

1